Case Name:  SHERRY LOUISE BROWN
Case No:    05 B 72266

## CERTIFICATION OF REVIEW

  The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: 7/20/07          WILLIAM T. NEARY
              United States Trustee, Region 11


          BY:  ____/s/_____
             CAROLE J. RYCZEK
             Attorney for the U.S. Trustee