## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
#### WESTERN DIVISION

IN RE:
BROWN, SHERRY LOUISE

CHAPTER 7 CASE

CASE NO. 05-72266 BARB

JUDGE Manuel Barbosa

Debtor(s)

## NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

TO the Debtor(s), Creditors, and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:   U.S. BANKRUPTCY COURT
          211 S. Court Street
          Rockford, IL 61101
    on:   Monday, August 13, 2007
    at:   9:30 a.m.

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.  The Trustee's Final Report shows total:

    a. Receipts                              $        17,698.54

    b. Disbursements                         $         3,739.00

    c. Net Cash Available for Distribution   $        13,959.54

4.  Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Stephen G. Balsley, Esq. (Trustee's Attorney Fees) | 1,783.00 | $0.00 | |
| MEGAN G. HEEG (Trustee Fees) | 0.00 | $2,519.85 | |
| MEGAN G. HEEG (Trustee Expenses) | 0.00 | | $97.70 |

Carl Swanson                                    1,896.00         $0.00
(Trustee's Accountant Fees)

5.    Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Applicant | | | |

6.    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7.    Claims of general unsecured creditors totaling $15,313.44 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 74.07%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | Chase Bank USA, N.A. | $ 15,313.44 | $ 11,341.99 |
| 3 | Direct Loan Servicing Center | $ 2,002.44 | $ 0.00 |

8.    Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.    The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, 211 S. Court Street, Rockford, IL 61101, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.    Debtor has/has not been discharged.

11.    The Trustee proposed to abandon the following property at the hearing: See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

Dated:    7-12-07                         For the Court,

                                          By: /s/ Megan G. Heeg, Trustee

Trustee: MEGAN G. HEEG
Address: Ehrmann Gehlbach Badger & Lee
215 E. First St.
P.O. Box 447
Dixon, IL 61021
Phone No.: (815) 288-4949

**BAE SYSTEMS**

Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0752-3            User: cbachman            Page 1 of 1            Date Rcvd: Jul 23, 2007
Case: 05-72266                  Form ID: pdf002           Total Served: 11
```

```
The following entities were served by first class mail on Jul 25, 2007.
db          +Sherry Louise Brown,    511 E. High St., #7,    Morrison, IL 61270-3071
aty         +Mark Zaleski,   Mark E. Zaleski, Attorney at Law,    10 N Galena Avenue #220,
             Freeport, IL 61032-4360
aty         +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
             Rockford, IL 61108-2579
tr          +Megan G Heeg,    Ehrmann Gehlbach Badger & Lee,    Pob 447- 215 E First St, Ste 100,
             Dixon, IL 61021-0447
cr          ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US BANK,    PO BOX 5229,    CINCINNATI, OH 45201-5229)
9312809     +Chase,   Card member service,    PO Box 15153,    Wilmington, DE 19886-5153
9914516     +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
             Seattle, WA 98121-2339
9312810      Sterling Federal Bank,    PO Box 617,    Sterling, IL 61081-0617
10065643     UNITED STATES DEPARTMENT OF EDUCATION,    DIRECT LOAN SERVICING CENTER,    P.O. BOX 5609,
             GREENVILLE, TX 75403-5609
9312811     +US Bank,    PO Box 790167,    Saint Louis, MO 63179-0167
9312812      US Department of Education,    PO Box 530260,    Atlanta, GA 30353-0260

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
acc          Carl Swanson
aty*        +Megan G Heeg,    Ehrmann Gehlbach Badger & Lee,    Pob 447- 215 E First St, Ste 100,
             Dixon, IL 61021-0447
                                                                               TOTALS: 1, * 1


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 25, 2007**                    **Signature:**    _Joseph Speetjens_