# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# Rockford DIVISION

IN RE:  
BROWN, SHERRY LOUISE

CHAPTER 7 CASE

CASE NO. 05-72266 BARB

JUDGE Manuel Barbosa

Debtor(s)

## TRUSTEE'S FINAL ACCOUNT, CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION FOR DISCHARGE OF THE TRUSTEE

TO: THE HONORABLE Manuel Barbosa  
BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report.

All checks have been cashed. *Evidence of canceled check(s) is attached as Group Exhibit "B" and the final bank statement is attached as Exhibit "C" reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, requests that he/she be discharged, and the case closed pursuant to 11 U.S.C. 350.

DATE: 10-9-2007

/s/ Megan G. Heeg  
MEGAN G. HEEG, TRUSTEE

## CERTIFICATION OF REVIEW

The United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered and Application for Discharge of the Trustee in accordance with the standards set forth in the MOU dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

DATE: November 13, 2007

WILLIAM T. NEARY  
United States Trustee

By: _____  
Carole J. Ryczek, Attorney for U.S. Trustee

**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

September 01, 2007 through September 28, 2007
Account Number: **000312019282266**

### CUSTOMER SERVICE INFORMATION

Service Center:    1-800-634-5273



00016439 DBI 802 24 27407 - NNN 1 000000000 62 0000
05-72266 BROWN SHERRY LOUISE
DEBTOR
330490 MEGAN HEEG TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004

## CHECKING SUMMARY
Bankruptcy Business Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $13,974.39 |
| Checks Paid | 2 | - 13,974.39 |
| Ending Balance | 2 | $0.00 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 101 | 09/19 | $11,356.84 |
| 102 | 09/04 | 2,617.55 |
| Total Checks Paid |  | $13,974.39 |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 09/04 | $11,356.84 |
| 09/19 | 0.00 |

EXHIBIT _____ C